Kristin McDonald, Esq. SBN 027082
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:19-bk-06700-BKM |
| | ) |
| | ) Chapter 13 |
| Robert L Mosley, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) Docket No. 22 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Robert L Mosley ("Debtor").

1.      Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2035 and is secured by a Deed of Trust on the subject property commonly known as 15334 West Acapulco Lane, Surprise, AZ 85379 ("Property"). As of 5/30/2019, the total amount owing on the obligation was $171,624.23 and the amount in default was approximately $13,263.69. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2.     The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor.  The payoff period and monthly repayment amount proposed by the Debtor exceed a reasonable arrangement in light of Debtor's past non-payment history.  Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $0.00, while in fact the approximate arrears owed are in the amount of $13,263.69. The final amount of arrears will be subject to the forthcoming Proof of Claim.  To cure the approximate pre-petition arrearages of $17,574.58 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $292.91 per month from the Debtor through the Plan. Debtor's Plan provides for payments to the Trustee in the amount of $1,900.00 per month for 6 months then $8,175.00 per month for 54 months. According to Debtors' filed schedules I & J, Debtors do not have sufficient disposable monthly income to make their proposed plan payments, let alone increase that amount to cure the arrears to Secured Creditor. Therefore, the Plan is not feasible.  A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "1"**.

3.     Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed.  The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed.  As such, the Plan cannot be confirmed.

///
///
///
///
///
///
///
///
///
///
///

2

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein.

**WHEREFORE**, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

7/24/2019

By: /s/ Kristin McDonald
Kristin McDonald, Esq.
*Attorney for Secured Creditor*

3